UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Ayan Farah Abukar,<br><br>    Defendant. | Criminal No. 23-080 (NEB/TNL)<br><br>**ORDER** |

This matter is before the Court on defendant's Motion for Modification of Release Conditions. The defendant is requesting the temporary return of her passport and to be allowed to travel to Nairobi, Kenya. The Court has reviewed the request, received the responses of the United States Attorney and U.S. Probation and Pretrial Services Office, and finds that the conditions of release should not be modified. No condition or combination of conditions would reasonably address the reappearance of defendant with overseas travel in the circumstances of this case.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant's Motion for Modification of Release Conditions (ECF No. 22) is **DENIED**.

All prior orders remain in full force and effect.

Dated: March 31, 2023

*s/Tony N. Leung*
TONY N. LEUNG
United States Magistrate Judge